May 4, 2025

TO: Mae Stevenson

For: Mary C. Loewenguth

Notice: AN AFFIDAVIT WAS SENT CERTEIFIED MAIL TO CLERK OF COURT ON APRIL 28th 2025 IN REFERENCE TO CASE # 23CV205

Date: May 5th 2025

Re: 23CV205

NOTICE: An affidavit was sent certified mail by Nathan- Randell: Stevenson: from Green Haven Correctional Facility on April 28 2025 to CLERK OF COURT, WESTERN DISTRICT OF NEW YORK, 2 Niagara Square Buffalo New York 14202. The certified mail number on that affidavit is 7015 0920 0001 3955 5897. Please do not take any action in reference to Case # 23CV205 until you received that signed under penalty of perjury affidavit. It should reach your office soon. Thank you and have a blessed day.


**NATHAN STEVENSON**  May 04

To: Mae Stevenson

NOTICE: AN AFFIDAVIT WAS SENT CERTIFI...

---

NOTICE: AN AFFIDAVIT WAS SENT CERTIFIED MAIL TO CLERK OF COURT ON APRIL 28th 2025 IN REFERENCE TO CASE# 23CV205

Date: May 5th 2025

Re: 23CV205

NOTICE: An affidavit was sent certified mail by Nathan- Randell: Stevenson: , from Green Haven Correctional Facility on April 28th 2025 to the CLERK OF COURT, WESTERN DISTRICT OF NEW YORK, 2 Niagara Square, Buffalo New York 14202. The certified mail number on that affidavit is 7015 0920 0001 3955 5897. Please do not take any action in reference to Case # 23CV205 until you have received that signed under penalty of perjury affidavit. It should reach your office soon. Thank you and have a blessed day.