Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| NATHAN RANDELL STEVENSON | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 23-CV-205 |
| v. | |
| JOHN LACLAIR, ET AL | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Complaint is dismissed pursuant to 28 U.S.C. § 1915A(b)(1)-(2) with prejudice. The Court certifies that any appeal would not be taken in good faith and, therefore leave to appeal to the Court of Appeals as a poor person is denied.

| | |
|---|---|
| Date: May 12, 2025 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | By: s/ Colin<br>     Deputy Clerk |